FILED

11/09/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0661

ORIGINAL



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 23 – 0661

BOBBY F. LOWRY V.,

        Petitioner,

v.

CAPTAIN BRAGG,
Lewis and Clark County Detention Center,

        Respondent.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

    Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

    DATED: November 9, 2023.

_____
BOWEN GREENWOOD
Clerk of the Supreme Court